CATHERINE D'IMPERIO et al., Respondents, v. VILLAGE OF SIDNEY et al., Appellants.—

648

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.
HARRY A. REOUX, Appellant, v. ADELIA H. REOUX, Respondent.—

Bergan,
P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.
In the Matter of the Probate of the Will of CLARA L. BONESTEEL,
Deceased. UNION NATIONAL BANK OF TROY et al., Appellants; ANN E. STOWELL,